JS-6/ENTER

**ENTERED**
CLERK, U.S. DISTRICT COURT
October 6, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: _____TS_____ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
October 6, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: _____TS_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SARKIS KOUYOUMDJIAN, | No. CV 14-01459-DMG (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: October 3, 2014



DOLLY M. GEE
United States District Judge